(49 South. 534.)

No. 17,633.

STATE v. FERRIS.

In re FERRIS.

(May 13, 1909.)

Charles Ferris was convicted of crime, and applies for writs of certiorari and prohibition. Application rejected and dismissed.

William Alexander Mabry, for relator. Respondent Judge, pro se. Walter Guion, Atty. Gen., and James Martin Foster, Dist. Atty. (Frank J. Looney and Ruffin Golson Pleasant, of counsel), for the State.

NICHOLLS, J. The issues in this case are identical with those in No. 17,626 of our docket. 49 South. 530, ante, p. 802.

For the reasons therein assigned, it is hereby adjudged and decreed that the orders herein heretofore granted be withdrawn and set aside; and it is now ordered and decreed that relator's application be rejected and dismissed, at his costs.